**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1039**

In Re:  TOTAL REALTY MANAGEMENT,

                Debtor.

--------------------------------

BRYAN S. ROSS, Chapter 7 Trustee,

                Trustee – Appellant,

        v.

LADD S. GASPAROVIC; LAW OFFICES OF LADD S. GASPAROVIC, PA,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:11-cv-00997-GBL-JFA; 09-11938-RGM)

Submitted:  July 30, 2012          Decided:  September 10, 2012

Before DAVIS, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Connell Altmiller, Jr., PESNER KAWAMOTO CONWAY, PLC, McLean, Virginia, for Appellant.  Lisa P. Sumner, Andrew H. Erteschik, POYNER SPRUILL LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan S. Ross, as Chapter 7 Trustee for the estate of Total Realty Management, LLC, appeals the district court's order dismissing his complaint alleging claims for negligence/malpractice against the debtor's former attorney. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ross v. Gasparovic (In re Total Realty Mgt.), No. 1:11-cv-00997-GBL-JFA (E.D. Va. filed Dec. 2, 2011; entered Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED